**STATE of Missouri, Respondent,**

v.

**John Scott O'NEAL, Appellant.**

**Nos. WD 49159, WD 52003.**

Missouri Court of Appeals,
Western District.

Feb. 25, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 1, 1997.

Application to Transfer Denied
May 27, 1997.

James C. Cox, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and SMART and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Appeal from the judgment of convictions for three counts of sodomy, § 566.060 RSMo Supp.1996, and order denying Rule 29.15 motion with an evidentiary hearing.

Judgment of convictions and order denying Rule 29.15 motion affirmed. Rule 30.25(b); and Rule 84.16(b).